**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1743**

LORENZO DOMINIC RICHARDSON,

　　　　　　　　Plaintiff - Appellant,

　　　v.

CORINDA GREENE,

　　　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.　Malcolm J. Howard, Senior District Judge.　(5:11-cv-00072-H)

Submitted: February 9, 2012　　　Decided: February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lorenzo Dominic Richardson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Dominic Richardson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing for lack of jurisdiction his complaint in which he sought to appeal the state court's denial of his request to appeal his North Carolina criminal conviction. See 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 482 (1983). Accordingly, we deny Richardson's motion for relief and affirm for the reasons stated by the district court. Richardson v. Greene, No. 5:11-cv-00072-H (E.D.N.C. July 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED